UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

Vivian Neto
    Petitioner,

    v.                                  CA: 25-CV-00425-MSM

PATRICIA HYDE, et al..
    Respondents.

**ORDER**

Unless otherwise ordered by the Court, the petitioner shall not be moved from their current facility without providing the Court with at least 72 hours' advance notice of the move and the reason therefore. Any such 72- hour notice period shall commence at the date and time such notice is filed and expire 72 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

IT IS SO ORDERED

_/s/ Mary S. McElroy_
Mary S. McElroy
U.S. District Judge

Date:    11/3/2025