UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

Vivian G. Neto

    Petitioner,

        v.                              CA: 25-CV-00425-MSM

Kristi Noem, et al

    Respondents.

## ORDER

To give the Court time to consider the pending petition, unless otherwise ordered by the Court, the petitioner shall not be moved from their current facility without providing the Court with at least 72 hours' advance notice of the move and the reason therefore. Any such 72- hour notice period shall commence at the date and time such notice is filed and expire 72 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

Provided, however, the requirements of this Order shall not apply in those instances wherein ICE/ERO has been requested by habeas petition issued by a Rhode Island Superior Court justice presiding over Petitioner's pending criminal case, no. P2-2025-3276(B), to transport Petitioner to Rhode Island Superior Court for in-person proceedings on said criminal case. ICE/ERO may comply with the transfer requests contained in such habeas petitions without notice to this Court or providing reason therefore and, following the conclusion of Petitioner's Superior Court proceedings, shall

return Petitioner to the facility at which she was detained at the time the state habeas petition was received by ICE/ERO.

All other transfers from her current facility remain subject to the requirements of this Order.

IT IS SO ORDERED

Date:   1/22/2026

_____
Mary S. McElroy
U.S. District Judge