UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| VIVIAN G. SORIANO NETO,<br><br>Petitioner,<br><br>v.<br><br>JOHNNY CHOATE, in his official capacity as Warden, Aurora ICE Processing Center; ERNESTO SANTACRUZ, in his official capacity as Acting Field Office Director, U.S. Immigration and Customs Enforcement; PATRICIA HYDE, Director ICE Boston Field Office; KRISTI NOEM, U.S. Secretary of Homeland Security; in their official capacities,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:25-cv-00425-MSM-AEM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

The Respondents are ordered to provide this Court with the following information no later than Friday, February 13, 2026.

1. The name, agency, and role of any person who approved the transfer of the Petitioner from Cumberland County Jail (CCJ) on January 22, 2026, and the reason for the transfer;

2. The name, agency and role of any person who was aware of the movement of the Petitioner from CCJ on January 22, 2026;

3. For those persons listed in #1 and #2, the date and time that they became aware of the movement of the Petitioner from CCJ;

4. The name, agency, and role of any person who was notified of the outcome of this Court's January 23, 2026, hearing and the subsequent text order, including the date, time, and person who informed them of the order;

5. A copy of the following documents:

    a. Any additions made to Petitioner's A-file after January 21, 2026 to present;

    b. ERO e-File Detainee Transfer Notifications sent by U.S. ICE;

    c. Detainee Transfer Check List;

    d. Detainee Transfer Notification form provided to Detainee;

    e. Detainee Transfer Notification provided to counsel of record (with Form G-28 on file);

    f. Detainee Transfer Notification provided to EOIR;

    g. Form I-216, Record of Persons and Property Transfer, and Form I-77, or equivalent;

    h. Form USM-553, Medical Summary of Federal Prisoner/Alien in Transit, or local Medical Transfer Summary form;

    i. Form I-203/203A, Order to Detain/Release Alien;

    j. Form I-794, In-Processing Health Screening Form; and

    k. Form G-391, or equivalent.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
February 3, 2026